**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>26-mj-8416-RMM</u>**

UNITED STATES OF AMERICA

v.

ROBERT WHEATFALL,

_____ **Defendant.** _____/

FILED BY_____ *MEE* _____D.C.

**Jun 2, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

<u>**CRIMINAL COVER SHEET**</u>

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   _Juan A. Albino_____
JUAN ALBINO
ASSISTANT UNITED STATES ATTORNEY
SDFL Court ID No. A5503412
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Juan.Albino@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Robert Wheatfall, | ) | Case No.   26-mj-8416-RMM |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

FILED BY_____MEE_____D.C.

**Jun 2, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2022 through April 28, 2026  in the county of       Palm Beach       in the

    Southern    District of       Florida       , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. § 2261A(2)(B) | Cyberstalking |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Zachary Schleiffer, FBI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date:  6/2/26

_____
*Judge's signature*

City and state:       West Palm Beach, FL       Hon. Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Zachary F. Schleiffer, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND JURISDICTION**

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since September of 2021.  I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, which investigates bank robberies, narcotics trafficking, fugitives, firearms offenses, gang activity, threats to life, and other violent crimes.  Prior to joining PB-2, I was assigned to the health care fraud squad of the FBI's Palm Beach County Resident Agency for 2 years.  Based on my experience as a federal law enforcement officer, I have also conducted criminal investigations involving or relating to sophisticated financial schemes, including identity theft, wire fraud, mail fraud, bank fraud, money laundering, and access device fraud.

2.      Pursuant to 18 U.S.C. § 3052, I am authorized to apply for and execute search warrants and arrest warrants for offenses enumerated in Titles 18 and 21 of the United States Code. I have participated in and directed investigations involving violent crime, violations of the Hobbs Act, bank robberies, trafficking in controlled substances, firearms offenses, identity theft, threats to life, wire fraud, mail fraud, bank fraud, and various types of fraud committed using stolen identities.  As a result of my training and experience, I am familiar with the tactics, methods, and techniques of committing those crimes.

3.      I make this affidavit in support of an application for a criminal complaint charging ROBERT WHEATFALL, herein referred to as "WHEATFALL," with a violation of Title 18 U.S.C. § 2261A, cyberstalking.

4.      This affidavit is based upon my own personal knowledge of the facts and

circumstances surrounding the investigation and information provided to me by other law enforcement officers. I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this Court to authorize a search warrant for the seizure of records.

5.      Based upon my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violation of Title 18, United States Code, Section 2261A, cyberstalking.

## BACKGROUND CONCERNING INVESTIGATION

6.      In 2023, local law enforcement received a report from Victim 1 ("V1") regarding a sustained pattern of harassing and unwanted electronic communications sent by WHEATFALL to V1. V1 and WHEATFALL are former classmates and have no ongoing personal, business, or professional relationship.

7.      Beginning on or about January 2022, WHEATFALL initiated a continuous course of conduct directed at V1 involving repeated electronic communications across multiple platforms. As part of this course of conduct, WHEATFALL used Gmail email accounts and other internet-based communication platforms to transmit thousands of electronic communications to V1. Gmail is an electronic communication service that operates through the internet, a facility of interstate and foreign commerce. To date, WHEATFALL has transmitted more than 9,000 email messages to V1.

8.      The electronic communications included repeated unsolicited messages, demands for money characterized by WHEATFALL as "reparations," and persistent references to V1 and V1's family.

## PROBABLE CAUSE

9.      On January 19, 2022, WHEATFALL began a sustained campaign of harassing electronic communications directed at V1 that continued over multiple years.  Throughout this period, V1 retained a private security company to manage the intake of electronic communications and provide physical security due to concern for personal safety.

10.      Email communications from accounts associated with robertwheatfall@gmail.com and bobwheatfall@gmail.com were preserved by V1 and provided to law enforcement. Subpoena returns from Google Inc. confirmed that the accounts were accessed and operated by WHEATFALL and were linked to his known telephone numbers and residential addresses.

11.      Additional communications obtained during the investigation reflect continued unsolicited contact, including repeated demands for money, references to V1's family, and escalating hostile and intrusive messaging through electronic means.

12.      V1 advised law enforcement that WHEATFALL's conduct caused substantial emotional distress and fear for personal safety.  V1 reported seeking mental health counseling, altering daily routines and travel schedule, and retaining private security due to fear of encountering WHEATFALL.  V1 further stated that based on the nature, persistence, and escalations of communications, V1 believed WHEATFALL could cause serious physical harm.

13.      On June 22, 2022, WHEATFALL sent the following email to V1 that, in context, contributed to V1's fear for personal safety:

| Robert Wheatfall <robertwheatfall@gmail.com> | Wed, Jun 22, 2022 at 3:09 PM |
|---|---|
| To: ███████████████ @gmail.com> | |
| Also, I saw you at Target... I didn't stop for a reason that is obvious in hindsight... All useful for the 21st century retail model... | |

14.      On May 7, 2023, WHEATFALL transmitted an email to V1 that stated, among other things, "Maybe they will kick in your door and rape you in front of your husband":



**From:** R Wheatfall <rwheatfall2@gmail.com>
**Sent:** Sunday, May 7, 2023 5:13:07 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮@gmail.com>
**Cc:** ▮▮▮▮▮▮▮▮▮@gmail.com>
**Subject:** Welcome to Chicago

There is no option to pay.

No body get involved. This bitch has no fucking skills or experience, and is playing games in my fucking city. Who the fuck does ▮▮▮▮▮▮▮▮ think he is? His father was a fucking rank and file post office employee. The Congressman can do nothing, he enjoys the rules and protections. He doesn't enforce or decide.

If it comes out that you were running your mouth about political shit and political careers related to my name, who knows. Maybe they will kick in your door and rape you in front of your husband. You should have done your homework, based on the address I provided... It's out of my hands and I have nothing to do with what happens next to you and your father.

15.     WHEATFALL also used electronic communications to demand money from V1. For example, on November 21, 2024, WHEATFALL sent V1 an email containing a spreadsheet and demanded V1 provide him with 25% interest as "reparations" for the success of V1's father:



| Simple Investments LLC: Simple Investments LLP Carve-Outs* | | |
|---|---|---|
| **Investor** | **% of GP Profits** | **Capital Allocated ($ in Mil)** |
| Simple Investments LLP | 25.00% | $30.00 |
| Simple Investments LLP: African American and Latino Investment Group (Co-Investment) | 0.00% | 30.00 |
| Simple Investments LLP: Chicago Investment Group (Co-Investment) | 0.00% | 35.00 |
| Simple Investments LLP: $5 Million Investment LPs (Co-Investment) | 0.00% | 20.00 |
| Simple Investments LLP: $6 Million Investment LPs (Co-Investment) | 0.00% | 40.00 |
| Private Foundations and Endowments | 0.00% | 445.00 |
| Founder and GP, Robert Wheatfall | 25.00% | NA |
| GPs and Management Options (Investment by Investment) | 50.00% | NA |
| **Total** | **100.00%** | **$600.00** |
| *Includes the Simple Food Platform and New Sears Investment LLC | | |

16.     On January 26, 2025, WHEATFALL sent an email to V1 containing statements that V1 interpreted as threatening and alarming. In relevant part, WHEATFALL stated:



17.     V1 engaged civil attorneys to serve cease and desist orders, along with restraining orders to WHEATFALL. WHEATFALL was personally served on February 11, 2025, with a no contact/restraining plenary order by the Cook County, Illinois Sheriff's Office.

18.     On March 4, 2025, WHEATFALL referenced a monetary demand involving V1's father. Specifically, WHEATFALL stated, in relevant part, the following:



19.     On April 25, 2025, WHEATFALL sent a subsequent email to V1 stating, in relevant part, the following:



20.     Despite receiving cease and desist communications, WHEATFALL continued to contact V1 extensively.   From February 11, 2025, through April 28, 2026, WHEATFALL transmitted approximately 4,912 additional emails to V1.

21.     V1 reported the violations by WHEATFALL to the state authorities. Notwithstanding the issuance of the restraining orders and V1's reports to appropriate authorities,

WHEATFALL has continued to direct electronic communications to V1. To date, V1 is not aware of any significant enforcement or punitive action having been taken against WHEATFALL as a result of the reported violations, and WHEATFALL has continued to contact V1.

## CONCLUSION

22.     Based upon the information contained in this affidavit, I believe that probable cause exists that ROBERT WHEATFALL was in violation of Title 18 U.S.C. § 2261A, cyberstalking.

## REQUEST FOR SEALING

23.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court.  These documents discuss an ongoing criminal investigation that is neither public nor known to the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Zachary F. Schleiffer, Special Agent
Federal Bureau of Investigation

Sworn and Attested to before me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___2___ day of June, 2026.

_____
RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>Robert Wheatfall</u>

**Case No**: _____

Count #: 1

<u>Cyberstalking</u>

<u>Title 18, United States Code, Section 2261A(2)(B)</u>

* **Max. Term of Imprisonment**: **5 years**
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**
* **Special Assessment: $100**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**